Recording Requested by
**Private Attorney General**
When Recorded Mail to:
Name: Andrew J. Moore
Address :7107 Broadway AVE
Zip: Lemon Grove, CA 91945

'07 CV 2253 LAB PCL

Space above this line for Recorder use only

To:

California Attorney General
880 Front St. Rm 6293
San Diego, CA 92101

Demand/Request for a Grand Juries
Investigation within 20 day

CRIMINAL COMPLAINT
Alien Tort Claim Act
Affidavit of information
Affidavit of Obligation/ Truth
"True Bill in Commerce" By the
Petitioner, Andrew J. Moore
A.K.A., Lien Claimant
Felony, High Crimes and Racketeering Influenced
and Corrupt Organization
18 USC (RICO)

A) Invasion of the Uniform Commercial Code/
The Officer Banker Hand Book

B) Violation/ Invasion of the Law of the Nation,
United Nation Convention of International Bill of
Exchange and International Promissory Note
Emergency Bankruptcy of 1933/ House Joint Resolution
192/ the Bankruptcy Reform Act of 1978

C) Violation of Law of the Nation, Treaty of the
United Nation, War Crimes / Invasion of the
Geneva Convention Which Prohibit Crime
against Humanity and Slavery /Genocides
Further Human Rights Violation, Universal
Declaration of Human Rights International Bill of
Right , Domicile Rule
Federal Civil Rights Act of 1871 and Title 12, 1983,
1984, 1986 Equal protection and Due process of
Law, and further violation of Title 5-556d
Government employees displaying of the burden of

proof or dismissal of action is the evidence of want of Jurisdiction (18 United States Code 4 Federal Rules of Criminal Procedure, Rule 3.

## THIS CRIMINAL COMPLAINT AND AFFIDAVIT OF INFORMATION/ TRUE BILL DOES ARISE FROM THE SUBJECT MATTER OF ANY PREVIOUS DISPUTES IN CLASS ACTION.

Affidavit of Information/ Affidavit of Obligation (Affidavit of Truth) "True Bill in Commerce" in support of a Criminal Complaint.

I, Andrew J. Moore, Acting Private Attorney General the Complainant/ Affiant in the instant matter, am reporting, by affidavit of obligation, and am giving (**Public Notice that the General Public at Large are in Jeopardy /Silent War Declared on African National and the Public at Large**) to this office of the California Attorney General and the United State Attorney General and according to my Further said Competent Authorities to which knowledge of criminal action should be **reported of Caveat/ Alien Tort Claim Act.** This "True Bill in Commerce" Affidavit of Obligation is pursuant to **The Law of the Nations/the Law of Merchant / International Protocol; Special-Choice-of –law-Rules** : 18 United States Code Section 4 (18 USC 4), the Federal Rules of Criminal Procedure, Rule 3, Title 18 (18 USC) Section 4 States:

"Whoever, having knowledge of the actual commission of a felony cognizable by a court of the United States, **conceals, and does not as soon as possible make known**, the same to some Judge or other person in civil or Military authority under the United States, **shall be fined not more than $500.00 or imprisoned not more than three years, or both."**

**Federal Rules of Criminal Procedure Rule 3 States:**

"The complaint is a written statement of the essential fact constituting the offense charged. It shall be made upon oath, before a magistrate."

In order for a crime to exist, four elements must exist. First there must be a clearly defined crime or criminal action. Second, there must be a victim. Third, that the victim must have been damaged or injured, and fourth, the criminal intent must be established on the part of the accused. Without proof of all

four elements, no action can be considered criminal.

    Disclaimer of Caveat: Letter Rogatory

In this matter the complainant affiant is the victim, the Commercial Affidavit set the complained issues and this criminal complaint defines the crimes, verifies the actual damages, and the intent was established by proof that the accused 28 USC 1359 there can be no charge in the judgment without Proof of a civil Tax Assessment made for the purpose of prosecuting without the above Finding of Fact and Conclusion of Law must by a Administrative Judicial Officer and/or Administrative file (certified) signed by the state court judge to verify what the accused was to plea To or Order to show Cause why A Alien Tort Claim Act should not issue to purge the libel Judicial Notice of Further **CAVEAT and Joinder of Claims, state court cases no. CD209248 aka closed escrow account number to the cases listed above.**

### PARTIES OF INTEREST

Petitioner at all times mentioned is **Andrew J. Moore, Acting Private Attorney General**

Respondent at all times mentioned is 1) **Amy Tran** and The **Chief Executive Officer of Bank of America** (2) **Tonta Gay** and **The Chief Executive Officer of Washington Mutual** (3) The Chief Executive Officer, of Insolvent Bank, Imperial Capital Bank (4) **Victor J. Morel** Municipal police office Acting United States Secret Service /U.S. Department of Home Security (4) Elective Office **Bonnie Dumanis** at all times mention.

### STATEMENT OF FACTS

    I Andrew J. Moore, Lien Claimant an Individual Acting Private Attorney General give CAVEAT Notice this Information's and Request within 20 day of this filed Alien Tort Claim Act a Grand Juries Investigations of the Unethical Business Practice of the CEO OF Insolvent Bank of America and Washington Mutual Insolvent Bank List in above, Investigation of Commercial Dishonor and Outrageous and Unethical Business Practice and Cover Up Insolvent Bank Liabilities by Submit of False Claims /Report under the Color of office and state law, falsely allegation by its Co- Conspirator's (1) **one Amy Tran is not a Victim she only a Representatives of Insolvent Bank of America** and (2)**Tonya Gay is not a Victim she also a representatives of the Insolvent Bank Washington Mutual** with (3)Malfeasant's Victor J. Morel of the Municipal Police Department Who Conceal the Ultimate Fact that On or Around April 2006 **I Andrew J. Moore Reveal to Mr. Morel I**

**did Deposit in Bank of America** a **Secured Perfected Lien Instruments** into account 1853442387 of ( **International Bill of Exchange of said Amount of $51,000,000.00 Fifty One Million Dollar** ( Good faith funds) Pursant to the Guideline of the Bank Officer Hand Book and Further Guideline of the United Nation Convention on International Bill of Exchange and Internationals Promissory Note according to Article 9 of the Uniform Commercial Code ,I Andrew J. Moore, African National Lien Claimant an Individual Acting Private Attorney General has reason to believe the CEO of each Insolvent Bank, is Fully aware a Protest of Commercial Dishonor and Remedy and Cures, Pursuant to the Article 9 of the Uniform Commercial Code , and in the event the Comptroller of the Currency/ Secretary of the state/ Secretary of the Treasury does not appoint a agent to investigates why each insolvent did not tender in a timely fashion to the lien claimant, the appointment of the special agents was to give each Insolvent Banks Notice to Tender to the Lien Claimant the Total face amount of said Instruments or the Automatic Challenge of the Insolvent Banks Bonds and the sale and Closed of Door of the Insolvent Banks Doors, See Bank Officer Handbook, I Andrew J. Moore, African National Lien Claimant an I Andrew J. Moore, African National Lien Claimant an

Individual Acting Private Attorney General , has further Believe according Ruling of the United states v Miller Exercise of a Constitutional Rights ( Human Rights) Can Not Be Converted Into A Crime and for this Reason the Ultimate fact I Andrew J. Moore reason to believe all CEO is Racing against the clock , or suspected has already been in the Making of Perfections of Secure Instrument Pursuant Article 9 Of the Uniform Commercial Code, Perfections of Secure Instruct , and Perhaps they the CEO of the Insolvent Bank of America /Washington Mutual/Imperial Capital fear the sale into the International Open Market, so in a Spurious attempt to Continue Commercial Dishonor , and due the Secretary of the Treasury Neglected to send a special agent's to give all of the Insolvent Bank a 30 days to Cure by Payment to the Lien Claimant Andrew J. Moore of the Face Amount of the Value of the Instrument or the Insolvent Banks Bonds will be Challenge and its Branch Closed.

The Affirmative fact Malfeasant Victor J. Morel Municipal Police office and who Impersonate of United States Secret Service/U.S. Department of Homeland Security Governmental official without Bonds for Professional Performances Nor has the California Government Code Section 110 Mention only the Sheriff Dept is the Police and the Deputize Marshall nowhere does it mention nor Delegation Authority to the Municipal Police the People of California Republic and No Where does it Mention it the National Constitution Police Power Delegated in the 50 republic states, to The Municipal Police Department Make Warrant less Arrest on state National nor Foreign African National, Due the Affirmative Fact **California state Constitution was Repeal in 1879 and Never Ratified** to this day and Pursuant to the **Freedom of Information Act Title 5 556** (D)Challenge were made to the Elective Official Bonnie Dumanis and Malfeasant Victor Morel to display the Burden of Proof within 72hrs or Dismissal Prejudice for want of Jurisdiction and **Malfeasant Victor J. Morel who also guilty of**

Champerty Solicitations of Business for the District Attorney, Mr. Morel Personal Mention to Me , He did not Care what about any New Information He held in his hand of the Protest to the Secretary of the Treasury/ The Bank officer Handbook on International Protocol on the Truth Vs Fallacy Copies I made in good faith for Malfeasant Victor J. Morel to Update his After a Party Register his UCC 1 Financing Statement ( One Bond)with the Secretary of state  This one Claim/ Notice to the World of Commerce and any Municipal agency wish to do business with my Unincorporated Corporation / Vessel I can Accepted for Value under my Exemption I.D .Number and Transmit of Utilities to My Direct Treasury Account in Washington D.C. And I Share also with Malfeasant Victor J.Morel the Bond that the United Nation Convention on International Bill of Exchange and Promissory Note, gave the General Public the Uses of theses Bonds and Why we Protest to the Universal Postal Union, I Further gave Malfeasants Victor Morel, who was given  Misinformation by the Insolvent Bank Representatives who **Omitted Conceal Information of the Deposit or the Bank Holidays (And Cancel of the Gold & silver Certificate and there No Money in this Country since March 9 1933)And According to the IRS Handbook also mention the Federal Reserve Note is Not Lawful Money only Fiat Money/** Updates on the Uniform Commercial Code, and Officer Bank Handbook, week later on two accusation he made two Warrant less , with a very Malicious Disposition, I was advice be legal Counsel at Pre-Paid Legal Service to File A Claim against Malfeasants Victor Morel, And his this Malicious Dispositions ,Politic Arguments and Debates on a subject he mentions all of his years was new Information, further Outrageous and Unethical Behavior Malfeasants Victor Morel declared he did not care if I filed a claims against him, neither did he care about the Truth that **I'M The Real Victim's are Andrew J. Moore the Lien Claimants and Associates including Mrs. Agatha Hill/Anita Myers Claudia Azillio of the Auto Center/Daniel Patrick Owner of Dental Implant/carl Hudson/Lucy Sanchez/Christopher Giocinto/Best Legal Service are the Real Injured Parties**, the Co-conspirator's Malfeasants Victor Morel and CO-HORT / and Silent Partner in Crimes/ Criminals Intent Conceals the Truth by Political Debates and Controversy/ Created a Smoke Screen and **go on a fruitless Witch Hunt like his forefathers Perpetrations by means of Terrorists attack and Crimes of Genocide of African National** (Picnic &Lynch under Maritime law or Slavery on Prison Maritime Plantations of 70% OF African National and the General Public at Large) At the Tax Payer Expensive, all the lone Hoping that their will not be any Divine Intervention as it has been accustom for over 400 years with the Christians Slavery and  Yes Malfeasants Victor J. Morel further understand and is Informs how the Insolvent Bank Bonds are suppose to Challenge by Appointed agent of the Secretary of the state of Secretary of the Treasury, and under the Color of office and state law , its more Convenient to Declared and Act of Domestic War on the Lien Claimant Andrew J. Moore a Foreign African National in stead of Turn around and Correct the Wrong, I  Andrew J. Moore, African National Lien Claimant an Individual Acting Private Attorney General has Reason to believe its has been a Current **practice of Malfeasants Victor J. Morel Creating a Controversy, Knowing the Penal Code is a Ex Post Facto Law that Prohibited by the Constitution for the United States of America** ,and  the **General Public at Large is in Danger because of its is evident of a**

**Conventional Victory by taken the None Bonded Law ( THE PENAL CODE) Ex Post Facto which is Prohibits by the Constitution for the united states of America by Target of Foreign African National,** who bare from the use of the constitution for Malfeasant Victor Morel know the Supreme Court Mention in **Dred Scott v Standard No one of African Blood can never become a citizen of the United states**, for United states is a Corporation that has no citizen only allege federal employee, Malfeasant Victor Morel Know or should had Known 40 White Male was set free **in the 1880 by the Supreme Court saw no crime committed because the Million that was Lynch was not Citizen of the United states, and Despite of the Massacred/Lynch and Picnic of Hundreds of U.S. Former Slaves Descendants/ African National who only crime was they had African Blood in their veins** and its is very evidence Hundred of Million of life has been Victim Down to this date by the same Colorable operation / **Corporate** scheme /**Politic** and **Political Debates and Arguments ( That in Politic Violence)** these Created Controversy Moots to catch a unsuspected Party off Guard.

### Conclusions

I Andrew J. Moore lien Claimant and Foreign African National, Have Further Reason to Believe we can accept any Prophecy of the Future we Must look to the Example of the Past, and the High Crimes against Humanities on the British Colony & Territory ITS Possession Extra-territory Reservation Border has with uncheck for Hundreds of Years, With the Outlook of Hear No Evil, Speak no Evil, See No Evil/the World as a Hold View Hitler as a Mad Man, and Hitler mention everything he adopted come from the United States , this is one Monster the Lead of Nations ,and the United Nation brought a end also another Monster and Ruler of Iraq , how much longer are we going to close our eyes at the Monster Like **Malfeasant Victor J. Moore, who Deserved a Fair Trial in the International Tribunals in the World Court/ International Constitutional Court/ None legislative Court for Domestic War Crimes and Subjected to 75years in International Prisons** and its is evidence of his Outrageous and Unethical Conduct of Malfeasant Victor J. Morel want to keep up the family Business/Terrorists Network like his forefather and Declare and Act of War on African National by hide under the Color of Law of office as a Municipal Police and I Have further reason to believe his Secret Agenda is to put as many African National on the Maritime Prison Plantations for the same None Constitutional/Unconstitutional Ex POST Facto laws , the Supreme law of the Land Prohibit, **Malfeasants Victor J. Morel shall be subjected to this Alien Tort Claim and Charge with WAR CRIME ON AFRICAN NATIONAL AND THE GENERAL PUBLIC AT LARGE , TRIED IN A Neutrals Territory under International Protocol, for violation of the law of the Nations, Treaties of the United Nation, and Invasions of the United Nation Geneva Conventions which Prohibit All Form of Crimes against Humanities and Slavery.**

_____, and Caveat Judicial CAVEAT NOTICE OF 13 days Title 5 Challenge under section 556 (d) to Display the Burden of Proof

And further CAVEAT NOTICE of Continuance for 45day of state court action has been remove the Second time to United State District Court for the following reasons: Under the Statue of Fraud, The Finding of Fact and Conclusion of Law must by a Administrative Judicial Officer and/or Administrative file (certified) signed by the judge to verify what the accused was to plea To or Order to show Cause why A Tort Claim should not issue to purge the libel pursuant to 28 USC 1359 there can be no charge in the judgment without Proof of a civil Tax Assessment made for the purpose of prosecuting without the above mention / Private Attorney General Andrew J. Moore Further Demand/Request Order to show Cause Hearing why a Alien tort Claim Act shall not be issues set with **20days and Immediate Release of Liberty or Removal to the World** Court/International Criminal Court under the Treaties of the United Nation-further adoption of Law ,International Protocols, special-choice-of-law-Rules,

I Andrew J. Moore Further Declare and Attest I'M Not a Parties to the Constitution for the united States of America, for it was written for the Governmental Official and the Free White Male- Further Caveat Notice of Proceeding of All Rights Reserve under the World Constitution, the Universal Declaration of Human Rights International Bill of Rights, and the Geneva Convention which Prohibit Crime Against

Humanity and All Form of Slavery-Including Maritime Slavery on a

Prison Plantation under Special Maritime Extra- Territory

Jurisdictional Border Proceeding, Trial under Military Commission Act aka Ex Post Facto Law Proceeding/

Violation of city Ordinance ( The Penal Code/None Bonded Law )Nor does it has Enforcement Act/Nor Enacting Clause Authorities written by Legislative/ Congress, only Perpetrations of Law, under the status of Fraud of Congress.

Further CAVEAT Notice to Settle So the Tort Will Be Issue aka Informal request for Discovery HOW A CLAIM OF RELIEF CAN BE GRANTED UNDER THE CONTRACT OF AFFREIGHTMENT UNDER THE GOLD FRINGE FLAG OF WAR / Army Regulation 840-10 ?

Dispossessory Answer/pray by the Respondents TORT CLAIMS Should Not Be Issues and liquidate the claims of the creditors/claimants until the cost of Escrow in this and Bonds/ Hazard Bonds be Posted by for Professional Performances by Bonnie Dumanis District Attorney , spokesperson for the Fictitious plaintiff after They Show Escrow/case Account listed in the above should not be closed(1)An Order to show Cause why A Tort Claim should not issue to purge the libel and also why said spurious, Vague , Unintelligible Claim, why it should not be dismissed with prejudice (2)**How a Claim of Relief can be Granted? (3) What is the True Nature and Cause of Accusation**

(4) Bonnie Dumanis District Attorney in behalf of The Fictitious Plaintiff People of the state of California and etc , Who has no standing, Rebuttal point for point and swear under their full

Commercial Liability, and under the Penalty of Perjury the Affidavit of Obligation, Notice of Interest.

Further Judicial Caveat Notice of "All Rights Reserved Wavier None Ever" and also Judicial notice of Limited special visitation / None General Appearance by Lien Claimant Andrew J. Moore Private Attorney General who accepts for value this entire special Maritime Extra-territory Claim, exempt from levy pursuant to CR 01-002 and Request/ Demands to the Holder-in-due-Course (The Chief clerk of the court) exchange In Behalf of my Exemption and set off this account with the secretary of the Treasury and close this case. Any and all Commercial Dishonor has / will be Protested to the International Trade Commission, and Declare(d) the court bond as abandon(ed) , and further demand of Surrender of the bond(s) as surety, Due to the fact that the Fictitious Plaintiff, under the color of office and state law, Never showed under it's full Commercial Liability, and under the Penalty of Perjury evidence of a  Judgment/ Finding of the Court/ of a Well Inform Jury who , Prior to answer by Malfeasant's listed in the above , Who has no standing, who should be subjected to Tort Liability and Title 42 , For Unethical and Outrageous Business Practice(s), invasion of law of the Nations/28 USC 1359 there can be no charge in the judgment without Proof of a civil  Tax Assessment made for the purpose of prosecuting

without the above  Finding of Fact and Conclusion of Law must by a Administrative Judicial Officer and/or Administrative file (certified) signed by the judge to verify what the accused was to plea To or Order to show Cause why A Tort Claim should not issue to purge the libel/ Special Request to Settle So a Tort Claim will be Issued

All Rights Reserved waiver none ever under the Human Rights/the Law of the Nation ( Universal Declaration of Human Right/ International Bill of Rights and the Geneva Convention, which Prohibit Crimes Against Humanity and Maritime Slavery wherefore human/ living Being are sold& Trade in the Open Market/ World Trade , CUSIP Number, A Direct Violation of the Law of the Nations/ United Nation etc.

. I, Andrew J. Moore, Acting Private Attorney General, have further reason to believe that my equal protection and due process of law was violated by all malfeasant agents and I have exhausted all administrative and judicial remedies under Article III Court . Any judicial remedies or controversies over 20 dollars should be governed under the rules of the Common Law/ Emergency Bankruptcy of 1933, Bankruptcy Reform Act of 1978, and Title 11 Adversary proceeding. Does the Malfeasants have authorization to declare an Act of War upon a Foreign African National and the General Public at Large and refuse to adjust the account and exchange the property in behalf of Moore Exemption I D. Number before the end of the business day (theft of exemption). Due to operation under the color of law and state office/ under the statutes of fraud of all Malfeasant agents mentioned in the above, the Special Maritime Territorial Claim was accepted for value for 1 billion dollars per day. For this Reason I **adopted Treaty Under the International Protocols United Nation , the World Constitution , Positive Law Universal Declaration of Human Rights International Bill of Rights, and the Geneva Convention Which Prohibits Crime Against Humanities and Slavery, Special-choice –of law-Rules ; Domicile Rules.**

Domestic Mixed War- a mixed war is one which is made on one side of public authority, and the other by mere private person, (Black's Law Dictionary 5th Ed. Page 1420). War does not exist merely because of an armed attack by Military forces of another nation until it is a condition recognized or accepted by political authority of Government, which is attacked either through an actual declaration of war or other acts demonstrating such, criminally under Title 18, Section 4, civilly under Title 42, Section 1983, 1985, 1986, position emphasis added: (Suaser V. Sun Life Assure Co. Of Canada, D.C. 57 F Supp.

620, 621)

Mixed war is the disintegration of peace: Webster's states: "A State of hostility, conflict, or antagonism, a struggle between opposing forces," not necessarily open, violent, armed confrontations, although a continued state of disrupted peace by any forced lead to open armed conflict.

None Bonded agent Victor J. Morel did Solicited Business/Chaperty for Elective official Bonnie Dumanis District Attorney did act in the scope of office and in their private capacity are hereby accused of the following crime against, and violation of the rights of the people of this California Republic/ International Communities/ Universal Declaration of Human Rights or obligation are secured, preserved or defined by the Constitution, art.1 sec. 10, clause 1 and also Article 1 section 9 clause 3- Bill of Attainder to prevent such abused by government officials by their oath to support said Constitution; (67 CJS, Officers, Section 46, and Oaths) Sec (15 USC).

Malfeasance of office by such wrongful action, these individuals have acted with malfeasance of office in deliberate conspiracy with 1) The Chief Executive Officer of Bank of America (2) The Chief Executive Officer of Washington Mutual (3) The Chief Executive Officer, of Insolvent Bank, Imperial Capital Bank (4) Victor J. Morel Municipal police office Acting United States Secret Service (4) Elective Office Bonnie Dumanis knowingly and willfully acted under the color of state law and office are guilty of misconduct in office whether public or private.

Treason-

**Sedition and Treason** is defined as the assault against the authority to which one owes allegiance. It is one of three specific crimes named in the United States Constitution. It requires that one commit an act of war against the Constitution or giving aid and comfort to an enemy, such clearly, action by government officer and such private officer who have privileged authority in Commerce by the Constitution, in specific connection to the above violation. Malfeasance of office along with violating their oath of office and in the related connected activities here in as listed below is nothing short of Treason.

**Treaty of the United Nation International Protocols and the Law of the Nations .**

In addition to and along with the above cited crimes, the accused's acting in concert with such so called government official or impersonation of elective office ( Victor Morel Acting US. Secret Servant. without professional performance Bonds) Complete such acts as listed as follows:

**Obstructing enforcement** (a) whoever holds, or returns any person to a condition of Restraint with the intent of placing him or returning him to a condition/ violation of civil/ human rights shall be fined under Title or Imprisoned not more than 10 years or both.  (b) Whoever obstruct, or in any way interfere with, or prevent the enforcement of this section shall be liable to penalties prescribed in subsection (a) Source (June 25, 1948) ch. 645, 62 Stat. 772 Pub. 1-103-322, Title xxxiii sec 330016 (1) R) Sept. 13 1994 108 stat. 2147. Pub. 104-208 Div. Title 2 Sec 218 (a) Sept. 1996. 100 Stat. 3009 J 73.

**Treaty of the United Nation International Protocols and the Law of the Nations .**

**Fraud-** Status of Fraud/ Perpetrations of Fraud  of Legislature

Permitting shown and demonstrated acts of fraud and actively participating in a scheming conspiracy of untruths and misrepresentation to deceive those who entrusted themselves in dealing in good faith, while specifically acting in deliberate bad faith  such fraud was shown Treaty of the United Nation International Protocols and the Law of the Nations . **Treaty of the United Nation International Protocols and the Law of the Nations . ( 18 USC 1001).**

**Conspiracy-**

A confederation of two or more individuals who may not know each other but by their joint effort, commit some unlawful or criminal act.(Black's Law Dictionary).  Multiple officials, agents, and other persons named properly noticed by the attached commercial affidavit and 1) The Chief Executive Officer

of Bank of America, **Insolvent Bank** (2) The Chief Executive Officer of Washington Mutual Insolvent Bank (3) The Chief Executive Officer of **Insolvent Bank**, Imperial Capital Bank4) Victor Morel Municipal police office Acting United States Secret Service, Under the Color of Law and state **office Solicitations of Business for the District Attorneys , with Spurious , Sham Information , law that Repugnant to the National Constitution for in Article 1 Section 10 EX POSTO FACTO LAW is Prohibits (Penal Offense** / Charges Repeated dozen of time, Libel/ Slander in Acts of Domestic War Profiled against Certain Races ,and Warehouse as Slaves on a Prison Plantations awaiting to   (4) Elective Office Bonnie Dumanis) who under a color of official right and appearance and color of law, continued to perform such acts to continue to raise revenue by fraud and extortion, theft of exemption of Andrew J. Moore, Acting Private Attorney General and the general public at large. (California Racketeering Act 18 USC 1961 et. Seq.) **Treaty of the United Nation  International Protocols and the Law of the Nations .**

**Racketeering**

Is the combination of the above identified crimes. Title 18 United States Codes Section 1961 (RICO)  Treaty of the United Nation  International Protocols and the Law of the Nations .

**defines it as involving a host of patterned criminal actions that includes but is not limited to an act or threat of murder, kid napping, gambling, arson, and as in the instant case, robbery, bribery, extortion, Fraud, slavery, misrepresentation, etc..**

The explanation of crimes above stem from other hidden crimes being forced upon the general public at large/ the People of this California Republic and the International Communities.  Such Crimes and this Affidavit of Information, is registered in the overall context of the Bankruptcy of the United States the, District of Columbia) as per Jurisdiction set for In the U.S. Constitution Article 1, section 8, clause 17, and 18 and Article 4, Section 3, clause 2) the United States Bankruptcy is a direct result of the Federal Reserve act of Dec. 22, 1913, in which the delegated authority of Congress to be Responsible for the Nation's currency was unconstitutional and was clearly reiterated on march 17, 1993 on the floor of the

House of Representatives by James Traficant, Jr. (Ohio) addressing the House, it is recorded in the United States Congressional Record, Wednesday, March 17, 1993, vol. 33 page HI303:

"Mr. Speaker, we are here now in chapter 11, member of congress are official trustees presiding over the greatest reorganization of any bankrupt entity in world history. The U.S. Government," he further mentioned, "the U.S. attorney general the "permanent member" to the Secretariat of the Interpol operation and the Secretary of the Treasury, the "alternate permanent member" under article 30 of the constitution, and regulation of Interpol 22 USC 263 (a), the agents are required to renounce their allegiance to their respective countries and expatriate consequently, all "public servant" official, Congressmen, politician, Judges, attorney, law enforcement personnel, the states and their various agencies are express agents of the foreign principal. Private Municipal Corporation in behalf of the United States

A) A Federal Corporation title 28 U.S.C. Section 300(5) chapter 176 mentions in the United States is a Corporation 534 federal supplement 724.

This RICO enterprise should be subject to 28 USC sec 4 of the commission of crimes cognizable by a court of the United States. Title 18 USC sec 513 mentions: "Whoever makes, utters, or possesses a counterfeited security of a State or political subdivision thereof or of an organization, or whoever makes, utters, or possesses a forged security of a state or political subdivision thereof, or organization with intent to deceive another person, organization, or government shall be fined not more than $250,000 or imprisoned not more than ten (10) years or both." Among securities defined at 18 USC sec 2311 is included: "evidence" of indebtedness, which in a broad sense may mean anything that is due and owing, which would include a duty, obligation, or right of action. Treaty of the United Nation International Protocols and the Law of the Nations.

**Waiver of Contractual Right**

The failure of either party to enforce one or more provisions of this agreement shall not be

construed as a waiver or limitation of that Party's right agreement. The Andrew J. Moore, Acting Private Attorney General shall not be deemed to have waived right under this agreement unless such waiver is given in writing and signed by the Petitioner. No delay or omission on the part of the Petitioner in exercising a right shall operate as waiver of such right or any other right. A waiver by the Petitioner of a provision of this agreement shall not prejudice or constitute a waiver of the Secured Party's right otherwise to demand strict compliance with that provision or any other provision of this agreement. No prior waiver by Andrew J. Moore, Acting Private Attorney General nor any course of dealing between ANDREW J. MOORE / VESSEL and the Debtor 1) The Chief Executive Officer of Bank of America (2) The Chief Executive Officer of Washington Mutual (3) The Chief Executive Officer, of Insolvent Bank, Imperial Capital Bank (4) Victor Morel Municipal police office Acting United States Secret Service (4) Elective Office Bonnie Dumanis and Associates shall constitute a waiver of the Secured Party's rights or of Debtor obligations under this agreement as to future Transactions, whenever the consent of is required under this Agreement, the granting of such consent by the Petitioner in one instance shall not constitute consent over the whole.

  UCC 3-103 fraud, misrepresentation, duress, Estoppel, Bankruptcy, principal and agent law of contract.

  UCC 3-103. Duty to act in good faith Requires honesty not dishonest/ reasonable Commercial Standard of fair Dealing.

  UCC 403. Filing Public Record or upon Acceptance by Filing offer.

  UCC 1-201 (11) offer/ consideration/ Acceptance

  UCC 1-105 Territorial, Application of the act, practice, Power to choose, Application Law, choose law, conflict of Law.

**Payment of Five Hundred Million lawful money per day, U.S. $500,000,000.00**

Nature of Crime

| Human Rights Violations | Damage Penalty | Authority of Damage |
|---|---|---|
| Fraud | $10,000.00 | $ 18USC 1001 |
| 13 counts theft of exemption | $5,000.00 | $ 18 USC 872 |
| from count 13 (felony) (18USC 2112) no | $250,000.00 | $18USC 3571, |
| 29 count of Conspiracy | $10,000.00 | $18USC, 241 |
| 30 Counts of Racketeering (Criminal) | $25,000.00 | |
| | | $18USC, 1963 |
| 30 counts of Grand theft Larceny | $250,000.00 per day | $18 USC 872 |

See attachment: Bill of Exchange upon default

Letter Rogatory/ Alien Tort Claim Acts

Subtotal amount, see attachment (A)

Racketeering (Civil Value) Whatever the actual damages are, that can be proven, multiplied by 3, triple the damages.

$10,000.00 x 1000= $ 18 USC, 1964

**100 Human Rights Violations (Constitutional Violations / Declaration of Silent War and Slavery of 70% African National for warehouse in the Prison Plantation, trade/ sale on the open Market.**

| | | |
|---|---|---|
| **(Human Rights violation)** | $9,250,000.00 | |
| from count 13 | $ see attachment **CUSIP No.** | |

-16-

partial table total

Racketeering civil penalties            $ upon default, see exhibit of Bill of Exchange for said

amount of One Five Hundred Million

Legal Disclaimer and CAVEAT Notice/Letter Rogatory

**I, Andrew J. Moore, A Foreign African National Attest and affirm that I made no Mutuality nor agreement with the UNITED STATES nor its Created states agencies,** unless sign Affidavit before the Justices in the World Court/ International Court before a International Notary Public, and CAVEAT Judicial Notice of Waiver of Human Right none ever to the above information mentioned in this affidavit of truth is True and correct to the best of my knowledge and belief. **And Judicial Caveat Request Pursuant to the Freedom of Information Act ,Request of Disclosure of Contract of Affreightment and Notice of Challenge under Title 5 556 (d) had been made to Governmental Employee and Elective official Bonnie Dumanis District Attorney failure to display the Burden of within 72 Hrs or Dismissal With Prejudice for failure to show how a claim of Relief can be Granted under the Contract of Affreightment under the Gold Fringe Flag of War/ Display of Proof of Bond of Professional Performances/ Verified Valid Criminal Claim, and Burden of Proof of Executive Order Delegated to the District Attorney Jurisdiction under the Separation of Power Act to Criminal Prosecute and Court Martial of Foreign African National under Maritime Law aka Military Commission Act Rather then** a Positive law under International Protocols, Treaty of the United Nation or of the Common Law of England and Not International Private Maritime Law/ and Review of the Close Escrow Account/ case no listed in the above **Change of Venue of this Alien Tort Claim Act/ Removal To the World Court / International Criminal Court ( Constitutional Court)** in South African.

**CAVEAT Notice of Request of the California Attorney General or the United States Attorney General to Set and Schedule within 20 day and Grand Juries Investigation within 20 days of filing of this Information's/ Alien Tort Claim Act, A Special Grand Juries Investigation , wherefore the Subpoena of 1)** The Chief Executive Officer of Insolvent Bank of America (2) The Chief Executive Officer of Insolvent Bank Washington Mutual (3) The Chief Executive Officer, of Insolvent Bank, Imperial Capital Bank After Become Liable for the face Amount of the Instrument , see Section No.**2145 of the Bank Officer Handbook ,** Uniform Commercial Code, United Nation Convention on International Bill of Exchange and International Promissory Note , See Section for Commercials & Protest By Notary Public of Insolvents Banks  (4) **Victor Morel Municipal police office** Acting United States Secret Service for Impersonate a Government officer and **Guilty of War Crimes/ Quiet Domestic War on African National,** In the same fashion of Liken to the Grand Dragon of the KKK / **and Champerty** and  solicitation of Business/Sham Information /Creator of Controversy  in behalf of the District Attorney and the CEO of the Bank,    (4) Elective Office Bonnie Dumanis for Prosecuting of a Repeal Statues (Repeal& None Ratified of the California State Constitution in 1879 ) Prosecute under a Statue of Fraud / **Ex Post Fact Law the Penal Code and Target of Foreign African National for Warehousing on Maritime Prison Plantations later to be sold of Criminal Charge in the open market and on Wall Street, a Direct Violation of the Law of the Nations , and Laws of the United Nations Geneva Conventions,** Which Prohibits Crime Against humanity and  Imprisonment of Slavery of 70% of 50,000,000.00 Fifty Million U.S. Slaves Descendants, and **Foreign African National, Self Determination Nation who made No Mutuality** nor contract with( **Britain nor its Possession the Corporate United States, nor its Created States agencies** )under International Protocols , who is subjected to (the World Habeas Corpus) **Alien Tort Claim Act.**
    Please  also Provide   within 20 day  why A Order to show Cause why this Alien Tort Claim Act should

not be issues for libel and Slander and a Grand Juries Investigations/Review of All Malfeasants listed in above

mentions, and **Delegations of Authorities from the California Attorney General and United States Attorney General to Andrew J. Moore to Act As Private Attorney General on the Twenty First date and Prosecuted Alien Tort Claim Act in the World Court/ International Court of the United Nation Only and Joinder of All States Court Claim and Dismissal With Prejudice due to Want of Jurisdiction and Perpetrations of Fraud of Legislature/ Status of Fraud / Joinder of Class Action** the CEO of the Insolvents Banks and Municipal Police, Victor Morel and Co-Hort for Domestic War on African National and State National and the General Public at Large, War Crimes and Human Rights Violations of African National and Slavery on the Maritime Prison Plantations outside of the Extra- Territory Border of the United States ,Postal Border ten mile Reservations of the District of Columbia, Domestic War Declared on the Republic of California, and the 50 Republic States . **Further Delegation of Authorities to the Andrew J. Moore to Act as Private Attorney General and on the Twenty First date and Prosecute by Subpoena the CEO of Each Insolvent Bank to Reimburse in Lawful Money , the Total Amount of the Said Instrument that was Commercial Dishonor Instrument, which was Protested by Notary Public to the Secretary of state, Secretary of the Treasury and Comptroller of the Currency ,and Subjecting to the Alien Tort Claim Act , sentence of 75 years in the International Prison for Human Rights Violations, and War Crimes and Violations of the Law of the Nations** to the World Court ( None Article II Legislature Court) Only International Tribunal of the World Court, International Criminals Court , if the Grand Jury Finding of Guilty of the Above mention, etc..

Dated: _Nov 23, 2007_

Henceforth Submitted

_Andrew J. Moore_

California Private Attorney General

UCC 1-207.7 Without Prejudice

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Andrew J. Moore
7107 Broadway Ave
Lemon Grove CA 91945

**DEFENDANTS**
The People of the State of California
220 W Broadway
San Diego CA 91945

(b) County of Residence of First Listed Plaintiff: San Diego
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: San Diego
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number): Same

Attorneys (If Known): Same

07 CV 2253 LAB PCL

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☒ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS — PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

**TORTS — PERSONAL INJURY**
- ☐ 362 Personal Injury - Med. Malpractice
- ☐ 365 Personal Injury - Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/Accommodations
- ☐ 444 Welfare
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☒ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence
  Habeas Corpus:
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt.Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN (Place an "X" in One Box Only)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
Brief description of cause: 18 USC (RICO) 28 USC 1359 / Tort

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE: Nov 23, 2007
SIGNATURE OF ATTORNEY OF RECORD: Andrew J. Moore

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____