ANDREW JACKSON MOORE
PLAINTIFF/PETITIONER/MOVANT'S NAME

PRISON NUMBER

PLACE OF CONFINEMENT

7107 BROADWAY AVE #277
ADDRESS
LEMON GROVE CA 91945

FILED
07 NOV 28 PM 4:29
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: 9

DEPUTY

# United States District Court
## Southern District Of California

'07 CV 2255 LAB PCL

ANDREW J. MOORE
Plaintiff/Petitioner/Movant

v.

People of the State
of California
Defendant/Respondent

Civil No. _____
(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)

**MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS**

I, ANDREW JACKSON MOORE ,

declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

**In further support of this application, I answer the following question under ~~penalty of perjury~~ ATTESTMENT:**
1. Are you currently incarcerated? ☐ Yes ☒ No   (If "No" go to question 2)
    If "Yes," state the place of your incarceration _____
    Are you employed at the institution?         ☐ Yes ☒ No
    Do you receive any payment from the institution?   ☐ Yes ☒ No
    [Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]

CIV-67 (Rev. 4/06)                                                                H:\CIV-67.wpd

2. Are you currently employed? ☒ Yes ☐ No

a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. _RANGER PATROL_

_5562 GROVES AVE._

_EL CAJON CALIF 92020_

_$1100 NET_

b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer._____

_____

_____

_____

3. In the past twelve months have you received any money from any of the following sources?:

a. Business, profession or other self-employment    ☐ Yes ☒ No
b. Rent payments, royalties interest or dividends    ☐ Yes ☒ No
c. Pensions, annuities or life insurance    ☒ Yes ☐ No
d. Disability or workers compensation    ☒ Yes ☐ No
e. Social Security, disability or other welfare    ☒ Yes ☐ No
e. Gifts or inheritances    ☐ Yes ☒ No
f. Spousal or child support    ☐ Yes ☒ No
g. Any other sources    ☐ Yes ☐ No

If the answer to any of the above is "Yes" describe each source and state the amount received and what you expect you will continue to receive each month._SOCIAL SECURITY $820_

_DISABILITY $650_

_RETIREMENT 1100_

4. Do you have any checking account(s)?   ☒ Yes ☐ No
a. Name(s) and address(es) of bank(s): _FINANCIAL CREDIT UNION_
b. Present balance in account(s): _$64._

5. Do you have any savings/IRA/money market/CDS' separate from checking accounts?   ☐ Yes ☐ No
a. Name(s) and address(es) of bank(s): _FINANCIAL CREDIT UNION_
b. Present balance in account(s): _$82._

6. Do you own an automobile or other motor vehicle?   ☒ Yes ☐ No
a. Make: _TOYOTA_   Year: _2006_   Model: _SCION_
b. Is it financed? ☒ Yes ☐ No
c. If so, what is the amount owed? _$19,000_

7. Do you own any real estate, stocks, bonds, securities, other financial instruments, or other valuable property?

☐ Yes  ☒ No

If "Yes" describe the property and state its value._____

_____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support._____ *ANITA    WIFE.    (ALL)*_____

_____

9. List any other debts (current obligations, indicating amounts owed and to whom they are payable):_____

*PREMIER BANK $300 ·                    / SEARS 2500 ·*

*CREDIT ONE BANK $300 .                / HSBC 500,*

*GTOPALOEC MONTHLY $600/*

10. List any other assets or items of value (specify real estate, gifts, trusts inheritances, government bonds, stocks, savings certificates, notes, jewelry, artwork, or any other assets [include any items of value held in someone else's name]):_____

_____

_____

12. If you answered all of the items in #3 "No," and have not indicated any other assets or sources of income anywhere on this form, you <u>must</u> explain the sources of funds for your day-to-day expenses._____

_____

_____

I declare under ~~penalty of perjury~~ *ATTESTED* that the above information is true and correct and understand that a

| DATE | SIGNATURE OF APPLICANT |
|------|------------------------|
|      | *Arthur J. Moore* |