# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Andrew J. Moore

**V.**  **JUDGMENT IN A CIVIL CASE**

Amy Tran, et al.

CASE NUMBER:   07cv2253 LAB(PCL)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the complaint is dismissed without prejudice.

| April 9, 2008 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

s/P. Dela Cruz
(By) Deputy Clerk

ENTERED ON April 9, 2008